IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRILL PRITCHETT, | ) |
| *Plaintiff*, | ) Case No. 2:23-cv-01391 |
| v. | ) Filed Electronically |
| HOUSING AUTHORITY OF THE CITY OF PITTSBURGH, | ) |
| *Defendant*. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Derrill Pritchett, and Defendant, Housing Authority of the City of Pittsburgh, hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorney's fees.

Date: July 3, 2025

Respectfully submitted,

**TUCKER ARENSBERG, P.C.**

By: */s/ Jeremy V. Farrell*
Jeremy V. Farrell, Esquire (Pa. I.D. No. 316258)
Matthew A. McKinney, Esquire (Pa. I.D. 332470)
1500 One PPG Place
Pittsburgh, PA 15222
(412) 594-5593
jfarrell@tuckerlaw.com
mmckinney@tuckerlaw.com

*Counsel for Defendant*
*Housing Authority of the City of Pittsburgh*

**THE WORKERS' RIGHTS LAW GROUP, LLP**

By: */s/ Erik M. Yurkovich*
Erik M. Yurkovich, Esq. (Pa. I.D. No. 83432)
The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.8057
Facsimile: 412.910.7510
erik@workersrightslawgroup.com

*Counsel for Plaintiff, Derrill Pritchett*

**SO ORDERED:**
Dated: July 7, 2025

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge